No. 96–9091.  WHITSON v. SCHERMER, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN

DISTRICT OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.